Matthew S. Mokwa
**The Maher Law Firm, P.A.**
271 W. Canton Ave., Suite 1
Winter Park, Florida 32789
Telephone: (407) 839-0866
Facsimile: (407) 425-7958
mmokwa@maherlawfirm.com

Attorneys for Plaintiffs
John F. Aprea and Nicole Kennedy

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL 2672 CRB (JSC) |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)** |
| *John F. Aprea and Nicole Kennedy v. Volkswagen Group of America, Inc., et al.* | |
| Case No. 3:15-cv-05949-CRB | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, John F. Aprea and Nicole Kennedy, hereby voluntarily dismiss their claims with prejudice against all Defendants in the above-listed action.

Dated: July 8, 2020.

Notice of Voluntary Dismissal

By: s/ Matthew S. Mokwa
Matthew S. Mokwa
**The Maher Law Firm, P.A.**
271 W. Morse Blvd., Suite 1
Winter Park, FL 32814
407-839-0866 (Telephone)
321-304-6039 (Fax)
mmokwa@maherlawfirm.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

*/s/ Matthew S. Mokwa*

## ATTESTATION (L.R. 5-1(I(3))

In accordance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Matthew S. Mokwa*

Notice of Voluntary Dismissal